MARCIA E. LEES, Respondent, v. THEODORE F. LEES, Appellant.

(Argued October 15, 1883; decided October 26, 1883.)

*J. J. Perry* for appellant.

*Walter M. Rosebault* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.